**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____
**CHRISTOPHER IANNACONE,**

               **Plaintiff,**    **8:22-cv-695**
                          **(GLS/DJS)**
        **v.**

**THE CORPORATION,**

               **Defendant.**
_____
**APPEARANCES:**    **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Christopher Iannacone
Pro Se
1632 1st Avenue
P.O. Box 29508
New York, NY 10128

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed July 29, 2022. (Dkt. No. 7.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections[1] having been filed, and the court having reviewed the

---

[1] On August 17, 2023, plaintiff filed a document that was docketed as an objection to the Report-Recommendation and Order. (Dkt. No 10.) Upon review, that document is not an objection to the R&R, and, instead, appears to provide further legal argument in support his

R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 7) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the complaint (Dkt. No. 1) is **DISMISSED** with leave to amend; and it is further

**ORDERED** that any amended complaint shall be filed within thirty (30) days of this Order; and it is further

**ORDERED** that, if plaintiff files an amended complaint, he is warned that any amended complaint must be a complete and separate pleading. Plaintiff must state all of his claims in the new pleading and may not incorporate by reference any part of his original complaint; and it is further

**ORDERED** that, if plaintiff files an amended complaint, such proposed amended complaint will be referred to the magistrate judge for initial review; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint within the time permitted, the clerk is directed to close this case without further order of the court; and it is further

**ORDERED** that plaintiff's motion to bar ejectment (Dkt. No. 3) is

---

complaint. (Dkt. No. 10.) In addition, plaintiff has filed several other motions, (Dkt. Nos. 3, 8, 13, 14, 15), all of which are denied as moot in light of the dismissal of the complaint.

2

**DENIED**; and it is further

**ORDERED** that plaintiff's letter motion "to receive all court service by electronic mail" (Dkt. No. 8) is **DENIED**; and it is further

**ORDERED** that plaintiff's letter motion to "terminate harassment" (Dkt. No. 13) is **DENIED**; and it is further

**ORDERED** that plaintiff's letter motion "for discovery" (Dkt. No. 14) is **DENIED**; and it is further

**ORDERED** that plaintiff's letter motion "for document delivery" (Dkt. No. 15) is **DENIED**; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 3, 2023
Albany, New York

Gary L. Sharpe
U.S. District Judge