**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

CHRISTOPHER IANNACONE,

                      Plaintiff,

      v.                                        8:22-CV-695
                                                        (GLS/DJS)

THE CORPORATION, *c/o Stephen Knight, President*,

                      Defendant.

**APPEARANCES:**

CHRISTOPHER IANNACONE
Plaintiff, *Pro Se*
New York, New York 10028

**DANIEL J. STEWART**
**United States Magistrate Judge**

### REPORT-RECOMMENDATION and ORDER

      The Complaint in this action was originally filed in June 2022. Dkt. No. 1. This Court issued a Recommendation that the Complaint be dismissed for failure to state a claim, but that Plaintiff be afforded the opportunity to amend the Complaint. Dkt. No. 7. The District Court adopted that Report-Recommendation and granted Plaintiff leave to amend the Complaint within thirty days. Dkt. No. 16. That Order directed that any amended complaint "must be a complete and separate pleading. Plaintiff must state all of his claims in the new pleading and may not incorporate by reference any part of his

- 1 -

original complaint." *Id.* at p. 2. The District Court also warned that the failure to file an amended complaint would result in the matter being closed on the Court's docket. *Id.* Plaintiff did not timely file an amended complaint and a Judgment was entered dismissing the claims. *See* Dkt. No. 20. As a result of subsequent filings, the District Court vacated the Judgment and granted Plaintiff leave to file an amended complaint. Dkt. No. 26. Plaintiff has filed what has been docketed as the Amended Complaint, Dkt. No. 27, which is before this Court for review under 28 U.S.C. § 1915(e).

The Amended Complaint consists of a single sentence. *Id.* It purports to make a single change, that being the name of the Defendant. *Id.* It makes no effort to address the legal deficiencies identified in the prior Report-Recommendation. *See* Dkt. No. 7. Nor does it comply with the District Court's Order that an amended complaint be a complete pleading, which does not attempt to incorporate any past pleadings. Dkt. No. 16 at p. 2; *see also Cusamano v. Sobek*, 604 F. Supp. 2d 416, 508 (N.D.N.Y. 2009). The Amended Complaint, therefore, is subject to dismissal for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

**ACCORDINGLY**, it is hereby

**RECOMMENDED**, that Plaintiff's Amended Complaint be **DISMISSED**; and it is

**ORDERED**, that the Clerk of the Court serve a copy of this Report-Recommendation and Order upon the parties to this action.

Pursuant to 28 U.S.C. § 636(b)(1), the parties have fourteen (14)[1] days within which to file written objections to the foregoing report. Such objections shall be filed with the Clerk of the Court. **<u>FAILURE TO OBJECT TO THIS REPORT WITHIN FOURTEEN (14) DAYS WILL PRECLUDE APPELLATE REVIEW.</u>** *Roldan v. Racette*, 984 F.2d 85, 89 (2d Cir. 1993) (citing *Small v. Sec'y of Health and Human Servs.*, 892 F.2d 15 (2d Cir. 1989)); *see also* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72 & 6(a).

Dated: December 14, 2023
      Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge

---

[1] If you are proceeding *pro se* and are served with this Order by mail, three additional days will be added to the fourteen-day period, meaning that you have seventeen days from the date the order was mailed to you to serve and file objections. FED. R. CIV. P. 6(d). If the last day of that prescribed period falls on a Saturday, Sunday, or legal holiday, then the deadline is extended until the end of the next day that is not a Saturday, Sunday, or legal holiday. FED. R. CIV. P. 6(a)(1)(C).