**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**CHRISTOPHER IANNACONE,**

                **Plaintiff,**                **8:22-cv-695**
                                                              **(GLS/DJS)**

       **v.**

**UNITED HELPERS,**

                **Defendant.**

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Christopher Iannacone
Pro Se
1632 1st Avenue
P.O. Box 29508
New York, NY 10028

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed December 14, 2023.  (Dkt. No. 28.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 28) is

**ADOPTED** in its entirety; and it is further

    **ORDERED** that plaintiff's amended complaint (Dkt. No. 27) is **DISMISSED**; and it is further

    **ORDERED** that the Clerk of the Court is directed to close this case; and it is further

    **ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

January 4, 2024
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge